IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN G. PENDLETON, JR.,

    Petitioner,

v.                                Civil Action No. 3:12CV207

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 30, 2012, the Court conditionally filed Jonathan G. Pendleton's 28 U.S.C. § 2241 Petition. The March 30, 2012 Memorandum Order warned Pendleton that the Court would dismiss the action if he failed to keep the Court informed of his current address. In his § 2241 Petition, Pendleton asserted that he was "slated for release in January 2013." (§ 2241 Petition 1.) A search of the Bureau of Prisons inmate locator system reveals Pendleton was released on January 11, 2013. http://www.bop.gov/iloc2/LocateInmate.jsp (enter Petitioner's full name) (last visited June 12, 2013). Pendleton's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice. The outstanding motions (ECF Nos. 11, 12) will be denied as moot.

The Clerk is directed to send a copy of this Memorandum Opinion to Pendleton and counsel of record.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: June 25, 2013
Richmond, Virginia